**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Thomas M. Beier             CHAPTER 7
       Lorin W. Beier

            Debtor(s)            BKY. NO. 23-12746 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                         Respectfully submitted,

                     /s/ **Mark A. Cronin**
                     Mark Cronin
                     23 Oct 2023, 14:36:00, EDT

                     KML Law Group, P.C.
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106-1532
                     (215) 627-1322