Certificate Number: 05781-PAE-DE-037959660

Bankruptcy Case Number: 23-12746



05781-PAE-DE-037959660

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 21, 2023, at 9:33 o'clock AM PST, Thomas Beier completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 21, 2023               By:     /s/Allison M Geving

                                        Name:   Allison M Geving

                                        Title:  President