Certificate Number: 05781-PAE-DE-037959659

Bankruptcy Case Number: 23-12746



05781-PAE-DE-037959659

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 21, 2023</u>, at <u>9:33</u> o'clock <u>AM PST</u>, <u>Lorin Beier</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   November 21, 2023              By:   /s/Allison M Geving

                                       Name: Allison M Geving

                                       Title: President